FORM−ntrydflt

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:09−bk−09582−EWH |
| RICHARD GENE MOY and MICHELLE A. MOY<br>*Debtor(s)* | Chapter: 13 |
| Richard Gene Moy<br>et al.<br>*Plaintiff(s)*<br><br>v.<br><br>DESERT SCHOOLS FEDERAL CREDIT UNION<br>*Defendant(s)* | Adversary No.: 2:10−ap−00129−EWH |

# ENTRY OF DEFAULT

It appears from the record that the following defendant(s) have failed to plead or otherwise defend in this case as required by law.

DESERT SCHOOLS FEDERAL CREDIT UNION

Therefore, default is entered against the above−named defendant(s) as authorized by **Federal Rule of Bankruptcy Procedure 7055**.

**Date: March 8, 2010**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Brian D. Karth**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: vargasr           Page 1 of 1           Date Rcvd: Mar 08, 2010
Case: 10-00129                Form ID: ntrydflt       Total Noticed: 3
```

The following entities were noticed by first class mail on Mar 10, 2010.
```
dft           +DESERT SCHOOLS FEDERAL CREDIT UNION,   c/o Susan C. Frank,    President & CEO,
               148 North 48th Street,    Phoenix, AZ 85034-1900
pla           +Michelle Antoinette Moy,   15714 W. Hilton Avenue,    Goodyear, AZ 85338-9620
pla           +Richard Gene Moy,   15714 W. Hilton Avenue,    Goodyear, AZ 85338-9620
```

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2010**                        **Signature:**        *Joseph Speetjens*