IT IS HEREBY ADJUDGED and DECREED this is DENIED.

Dated: March 12, 2010



_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge
_____

JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311
Telephone: (623) 939-6546
Fax: (623) 939-6718
Email: LawOffice@JoeCharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors/Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 Proceedings |
| RICHARD GENE MOY and MICHELLE ANTOINETTE MOY, | Adversary No. 2:10-ap-00129-EWH |
| | Case No. 2:09-bk-09582-EWH |
| Debtors. | |
| RICHARD GENE MOY and MICHELLE ANTOINETTE MOY, | **ORDER GRANTING PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT ON PLAINTIFFS' COMPLAINT** |
| Plaintiffs, | |
| vs. | RE: Real Property Located at 15714 W. Hilton Avenue Goodyear, Arizona 85338 |
| DESERT SCHOOLS FEDERAL CREDIT UNION, Defendant; and EDWARD J. MANEY, CHAPTER 13 TRSUTEE | |

THIS MATTER comes before the Court on the Complaint to determine the validity, priority or extent of a lien or other interest in property filed by the Plaintiffs, RICHARD GENE MOY and MICHELLE ANTOINETTE MOY, against the Defendant, DESERT SCHOOLS FEDERAL CREDIT UNION, and the Court finding that the

1

Case 2:10-ap-00129-EWH    Doc 12    Filed 03/12/10    Entered 03/15/10 08:45:06    Desc
Main Document    Page 1 of 2

Defendant was served, but failed to respond to the Summons and Complaint in a timely manner, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Defendant, DESERT SCHOOLS FEDERAL CREDIT UNION, is declared to be in default and that the Plaintiffs are entitled to a default judgment against the Defendant.

DATED this ____ day of _____, 2010.



_____
Honorable Eileen W. Hollowell
United States Bankruptcy Court