IT IS HEREBY ADJUDGED and DECREED this is DENIED.

Dated: March 12, 2010

_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Telephone: (623) 939-6546
Fax: (623) 939-6718
Email: LawOffice@JoeCharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors/Plaintiffs

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 13 Proceedings |
| RICHARD GENE MOY and MICHELLE ANTOINETTE MOY, | Adversary No. 2:10-ap-00129-EWH |
| Debtors. | Case No. 2:09-bk-09582-EWH |
| RICHARD GENE MOY and MICHELLE ANTOINETTE MOY, | **JUDGMENT** |
| Plaintiffs, | RE: Real Property Located at 15714 W. Hilton Avenue Goodyear, Arizona 85338 |
| vs. | |
| DESERT SCHOOLS FEDERAL CREDIT UNION, Defendant; and EDWARD J. MANEY, CHAPTER 13 TRUSTEE | |

THE COURT having reviewed the Court file, and being duly advised in the premises,

IT IS ORDERED THAT Judgment is granted in favor of the Debtors/Plaintiffs.

1

IT IS FURTHER ORDERED THAT Defendant's lien on real property located at 15714 W. Hilton Avenue, Goodyear, Arizona, 85338, and legally described as follows:

> Lot 3, ESTRELLA VISTA PARCEL 7A, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 313 of Maps, page 37 and Affidavit of Correction recorded in Document No. 88-11953 of Official Records.

be stripped and rendered void subject to the provisions herein;

IT IS FURTHER ORDERED THAT Defendant's account #4879 is a general unsecured, non-priority lien;

IT IS FURTHER ORDERED THAT upon discharge of Debtors/Plaintiffs Chapter 13 proceeding, Defendant shall provide a release of lien on the real property to the Debtors within thirty (30) days of the date of the order granting discharge;

IT IS FURTHER ORDERED THAT Defendant file notice with the appropriate County Records Office of the release of said lien;

IT IS FURTHER ORDERED THAT the entire claim of Defendant shall be treated as a general unsecured claim and shall share in any unsecured proceeds;

IT IS FURTHER ORDERED THAT Defendant's lien shall remain in place until Debtors/Plaintiffs complete the Chapter 13 Plan and are granted a discharge;

IT IS FURTHER ORDERED THAT Defendant's lien shall remain in place and Defendant's debt shall remain secured should the subject property be sold or should a refinance take place prior to Plan completion and entry of Discharge;

*DENIED*

IT IS FURTHER ORDERED THAT Defendant's lien shall remain in place and Defendant's debt shall remain secured should Debtors case be dismissed or converted to another Chapter; and

IT IS FURTHER ORDERED THAT each of the parties will bear their own costs and expenses associated with this action.

DATED this _____ day of _____, 2010.



_____
Honorable Eileen W. Hollowell
United States Bankruptcy Court Judge

3